07 CA 10299 RCL

**Steven D. Mueffelman**
**LEGAL ADDRESS**: BEGINNING at "Old Post Road" {a private road) owned by Innisbrook, which takes off of "U.S. 19," a Pinellas County owned Road, directed to, in specific, Section 30, Township 27 South, Range 16 east, Chianti Place Condominiums therein, as a matter of Pinellas County Record, in Pinellas County, Florida, being also unit # 2277 of said Chianti Place, and Not elsewhere; —Not owned or possessed by the United States of America; —Not a post Road; —Not on a post Road; —Not in a U.S. district.

FILED
IN CLERKS OFFICE
2007 FEB 16 P 3:13
U.S. DISTRICT COURT
DISTRICT OF MASS.

MAGISTRATE JUDGE Alexander

78324

SUMMONS ISSUED____
LOCAL RULE 4.1____
WAIVER FORM____
MCF ISSUED____
BY DPTY. CLK. JJ
DATE

# IN THE [PROPOSED] UNITED STATES, IN THE FIRST TRIBUNAL [~~CIRCUIT~~] COURT

**Established For And Located On United States Property Near Boston, Massachusetts;**

## SUPERSEDING BY CONSTITUTION[AL] AUTHORITY:

## THE [PROPOSED] UNITED STATES, [ALLEGED] DISTRICT COURT FOR THE [ALLEGED] DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Steven D. Mueffelman, | Tribunal Court |
| PLAINTIFF, an INSIDER, | Case # ____________ |
| v. | Judge____________ |
| | Judge____________ |
| | Judge____________ |
| The United States [Alleged] District Court For The [Alleged]] District Of Massachusetts – As Being De facto; All Judges And Magistrates Thereof, Inclusive of Judge Nancy Gertner, Thereof, And All As Lacking Standing As Wrongly Constructed Court; The U.S. Department of Justice; John & Jane Doe Members of the Congress; John/Jane Doe President of the United States; the United States Government As Commenced Establishment, September 17, 1787 Under The Proposed Constitution For The United States (Any Other Later Form of United States Denied All Existence); the United States as Commenced Establishment 01/01/1945, et al, as: | Assignment Of Clause 9 - Three Justice Tribunal Called Upon; EXIGENT DEMAND TO TAKE JUDICIAL NOTICE OF ALL EXHIBITS AS EVIDENCE. EXIGENT DEMAND FOR READING OF ATTACHED ALLEGED U.S. DISTRICT COURT PLEADINGS IN THEIR ENTIRETY AS SUPPORTING ALL EVIDENCE RELEVANT TO THIS ACTION |
| Defendants, | Incorporate Applicable U.S. Case Numbers: CURRENT: District Court #: ____________ |
| (Not To Be Construed As A Bivens Action) | 2001 CASE: District Court #: 1:01-cr-10387-NG-1 |

## IN FORTHWITH SUBMISSION, A [NECESSARILY] INSTANT INTERLOCUTORY APPEAL UNDER FRCP AND FRAP A PLEADING ARISING UNDER THE COMMON LAW, AS STILL PRESERVED AT ARTICLE III, SECTION 2, CLAUSE 1, PHRASE 1

# VERIFIED EXTRAORDINARY COMPLAINT FOR EXTRAORDINARY REMEDY,

**<u>ARISING</u> UNDER ARTICLE III, SECTION 2, CLAUSE 1, PHRASES 1 AND 4 THEREOF, AND UNDER <u>INSTANT</u> TITLE 42, U.S.C., § 1983 *IN PARI MATERIA* WITH F.R.~~A~~.P. , TITLE 5, RULE 21 (c) – PETITION FOR EXTRAORDINARY WRIT FOR EXTRAORDINARY REMEDY, EXISTENT, MORE CORRECTLY, AS A PRE-1866 – ARTICLE III, SECTION 2, CLAUSE 1, PHRASE 1 CASE; ADDITIONALLY AS A <u>QUI TAM ACTION PROSECUTION</u> IN THE HISTORIC INTEREST OF THE PROPOSED STATE OF MASSACHUSETTS AND THE STATE OF FLORIDA**

**[1].** This Verified Extraordinary Complaint has come to exist and has been filed pursuant to a compilation of grave Constitution[al] Wrongs, Hard and Inescapable Errors and Acts of Wrongdoing, and Heinous and Inexcusable Violations of Fundamental Law, committed by or in the name of the proposed United States central government, by a number of officially acting Actors thereof, over a period of a great number of decades, for which discovery and an comprehensive accounting thereof has arisen to a level of Extraordinary Occasion, for which Extraordinary Remedy is demanded to follow

**[2].** This Extraordinary Complaint lies at its most minimal basis, as a part of the Proposed United States, against (not the John Joseph Moakley Courthouse itself) the whole Court, in its entire legal existence as an Established Institution (compare to an *incorporation*), of the [alleged] District Court of the [alleged] District of Massachusetts, each and ever judicial officer thereof, both as to judges and magistrates, or magistrate judges, therein, the same being, but not excluding any not known at the time of this filing, if any:

**The Defendant Judges, making up the primary judicial part of the Defendant United States [alleged] District Of The [alleged] District Of Massachusetts, are as follows:**

<u>Defendant Mark L. Wolf</u>; <u>Defendant Joseph L. Tauro</u>; <u>Defendant Rya W. Zobel</u>; <u>Defendant William G. Young</u>; <u>Defendant Douglas P. Woodlock</u>; <u>Defendant Nathaniel M. Gorton</u>; <u>Defendant Richard G. Stearns</u>; <u>Defendant Reginald C. Lindsay</u>;

Defendant Patti B. Saris; Defendant Nancy Gertner; Defendant Michael A. Ponsor; Defendant George A. O'Toole, Jr.; Defendant F. Dennis Saylor IV; Defendant Edward F. Harrington; Defendant Morris E. Lasker.

**The Defendant Magistrate Judges, making up the secondary or alleged magistrate offices of the Defendant United States [alleged] District Of The [alleged] District Of Massachusetts, are as follows:**

Defendant Kenneth P. Nelman; Defendant Joyce London Alexander; Defendant Robert B. Collings; Defendant Marianne B. Bowler; Defendant Judith G. Dein; Defendant Leo T. Sorokin; Defendant Timothy S. Hillman.

**[3].** All of the above whom are believed to be Sworn to Oath or Affirmation to Support the proposed Constitution for the proposed United States as a matter of Duty, not unlike the judges of this national First Tribunal court, established fundamentally at Clause 9, of Section 8, of Article I, of the aforementioned Constitution itself, as demanded by the same under its Supreme Law imposed upon the same thereby.

**[4].** This Extraordinary Complaint further includes, as defendants, each and all members of the proposed Congress for the Proposed United States [central government], the members of the proposed Senate and the proposed House of Representatives thereof, both present, as to current and living responsibility and accountability, and past, as to institutional responsibility and accountability of a[ny] government to those persons officially required to rely thereupon, in their unlawful Acts and Resolutions imposed upon the same;

**[5].** Including additionally therewith, the proposed President of the said proposed United States [central government], both present, as to current and living responsibility and

accountability, and past, as to executive responsibility and accountability for a[ny] government to those persons officially required to rely thereupon, in his unlawful Acts and alleged Executive Orders, imposed upon the same said people, accordingly;

**[6].** This Verified Extraordinary Complaint is initially made procedurally pursuant to Rule 15 of the proposed Federal Rules of Civil Procedure, being filed timely within the time allotted by said Rules; —being a Case of First Impression; NO Conditions for a Claim for Stare Decisis exists in either a great magnitude or to a lesser degree of magnitude which has been fully and duly tried and determined, based, not only upon the correct discernment of law as is charged to be the case in this Action, but upon the surfacing facts as they exist, not only in certain more obscure parts of the history of the United States, but in other facts that, so far as is known, have never been brought forward and either proven or disproven as to the Standards that it is believed they represent, capable as newly proven Standards to establish New Rules under Rule Nisi, to correct, and by that correction, change such unlawfulness as the Defendants are charged with, to lawfulness in this matter, that there be no more reason, hereafter, for such a Case as this to be brought forth against an offender, or offenders, of The Law, or the Constitution *For The* United States, thereof.

**[7].** Plenary Jurisdiction for this Verified Extraordinary Complaint For Extraordinary Remedy action is appropriate in this Case founded on the existence of a number of Federal questions, acts of fraud, jurisdiction fraud, and other frauds and infamous acts, committed or in process of being committed by a Massachusetts judicial proceeding unlawfully imposed upon Plaintiff, and potentially perilous concerns arising therefrom. This action further Arises out of the existence of Frauds, Jurisdiction Frauds, Power Frauds, and other Infamous Acts and Actions, committed against Plaintiff, et al, under Color of Constitution, Color of Nation, Color of Law, Color of Authority, Color of Lawfulness, Color of Legality, and Color of

Power, as initiated by actions of Four Named, Unknown, Agents of the alleged Federal Bureau of Investigation . . . of the proposed United States central government, and discernable, alleged officials, Named, Unknown, of the United States Postal Service federal agency, and continued thereafter by the United States [alleged] District Court For The [alleged] District Court of Massachusetts, under other certain color of law, usages, and customs (practices).

**[8].** The proposed United States nation, being proposed under the proposed Constitution signed or ratified on September 17, 1787, not lawfully ratified at any time thereafter, as a result of certain unlawful acts committed to, by the opinion of, the Convention of delegates having convened on or after May 14, 1787, to work within the proposed Constitution's planning meetings from said commenced date of September 17, 1787, was lawfully rendered ineffective as a de jure nation, by the members of the same Convention that first ratified the proposed Constitution on the same date of September 17, 1787, whether or not in unplanned Conventional error, converting by resolution declared as of that same date, by opinion, as to the proposed Constitution, and the procedural organization of the proposed nation of the United States by way of the unlawful organization of its proposed United States central government, to be made The Nation That Never Was, or Imposter Nation, or De facto Nation (see Exhibit – The Nation That Never Was, attached hereto), a fraudulently existent nation among Nations of the World, being transformed or converted instead to a Nation of Men and NOT as a Nation of Laws, as the entire world has been mislead to believe, to the ultimate damage, legal, humanitarian, and financial, to the people and governments of the World, as well as to the people and governments of the proposed United States itself.

**[9].** The proposed Federal Jurisdictional Authority in this Case involves, minimally, a violation of Article I, Section 8, Clause 18, in combination with certain facts to be construed,

Article III, Section 2, Clause 3, the First, the Sixth, and the Fifth Amendments (et al), Article I, Section 8, Clause 17, Article I, Section 8, Clause 15, Article I, Section 8, Clause 14, Article I, Section 8, Clause 7, Article I, Section 8, Clause 9, the Ninth Amendment, and Article IV, Section 4 of the Constitution, under color of law and practice (custom), in violation of the Constitution for the United States and its aforementioned Amendments thereof, also coming under alleged United States law known as The Judiciary Act of 1789, in conjunction with Title 28, U.S. Code, commencing at Chapter 5 thereof, and at Sections 81 – 131 (et al) thereof (hereinafter referred to, whether separately or together as "**The Combination**"), and Title 18, U.S. Code, itself. This case does not solely hinge on a civil rights claim but goes to acts committed or perpetrated or else supported (see the law as to misprision, misprision of treason, misprision of felony) by a number of unlawfully acting actors of or for the United States central government, being thus charged against the elements of fraud, Jurisdiction Fraud, Judicial Fraud, and Power Fraud, committed or in process of being committed by the United States [alleged] District Court For The [alleged] District Of Massachusetts, *near* Boston, Suffolk County, Massachusetts, and certain of its judicial officials and other court officials thereof and thereunder.

**[10].** Proposed Federal Jurisdictional Authority also exists as a result of Factions, whether or not known or known of, whose official participants may have unwittingly committed acts of Treason and Misprision of Treason in the areas of the Territory of Washington, District of Columbia, as well at, on, or in, other properties owned by the United States central government, being also protected under Color of Law, Color of Constitution, Color of Authority, Color of Lawfulness, Color of Legality, and Color of Nation, by the United States central government, one or more Factions thereof, minimally.

**[11].** Section 1983 of said Title 42 reads in pertinent part as:

> "**Section 1983. Civil action for deprivation of rights**
>
> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable."

**[12].** Within Section 1983's latter phrase therein exists the language that prohibits an injunction from being forthcoming against a judicial officer for an act or omission taken in such official's judicial capacity, confirming that "injunctive relief shall not be granted *unless* a declaratory decree was violated or *declaratory relief was unavailable*." (emphasis added).

**[13].** While it may be that no declaratory degree was violated by Defendants in this case as a matter of truth in fact, it is nevertheless true that there exists no declaratory relief available to Plaintiff in this matter which would deny the proper court of competent jurisdiction and authority, which Plaintiff charges this United States First Tribunal Court as being and having been that same, to issue an injunction, without notice, against the continuation of the alleged judicial acts currently underway in the Defendant United States [Alleged] District Court For the [Alleged] District Of Massachusetts, each and any judge thereof, along with each and every magistrate judge thereof, who may purport to have either STANDING, or Subject Matter Jurisdiction Authority, based upon, not only the betrayal of the several States governments' and the people thereof, evidenced by **The Combination**, but by the **hard, resilient evidence** contained, for a Lack Of Standing for the correctly constructed Trial Court, set forth in **The Exhibit**, in accompaniment herewith, existing as also a part of the Charges against the Defendant United States [Alleged] District Court For the [Alleged]

District Of Massachusetts, all of its judicial officers thereof, requiring abrupt and unyielding intervention, for reasons just as exigent as are the charges made against it.

**[14].** While it is recognized that the United States [Alleged] District Court itself may appear to be inanimate, and a fiction, it nevertheless Stands as Recognized that a fiction, the same as with a corporation, may be sued in its official status, even though it is to be required that there also be live persons within its operating ranks upon which to make it, as such a fictitious entity, accountable to violations or offenses, knowingly or unknowingly committed, under the law.

**[15].** It is of equal honor and merit that is be stated, for the record, that this Case does *not* seek or purport to denigrate or impugn either the personal or judicial honor of any judge, magistrate judge, or other judicial officer of the Defendant United States [Alleged] District Court For The [Alleged] District of Massachusetts, the same being persons believed to be of honor, hired, only, in the capacity in which they are found, done so under the auspices of the Congress and the President of the United States central government, nor does this Case do so as to any reason or purpose in its reliance upon the enforcement of the United States Constitution itself; there being a necessity that all of such judges and other judicial officers of such Defendant U.S. Court be likewise named as Defendants, ipso facto, herein the same Case, it would be an obvious conclusion that there be, necessarily, a mandatory requirement that – even failing a voluntary recusal by each and all of the same judges and other judicial officers – all of them be *involuntarily disqualified* from trying the Case at all, as Such A Resulting Trial would require that they each and all Try Each Other, a condition in any court's case that would deny any application of *compos mentis* (sound in understanding), or balanced, Jurisprudence, existing instead as a conflict of interest and an abuse of process, not

exclusive of the other offenses that would be regarded as serious, unlawful acts as are set forth in **The Exhibit**, in accompaniment herewith.

**[16].** Adding to the foregoing, this Tribunal court is further called upon to recognize that, as it pertains to the procedure of filing this Case by use of conventional civil procedures, in consideration of the fact that this Case would ordinarily necessitate its being filed with the hereby-proclaimed and charged de facto district court, the same being the embodiment of its various judges therein, any and all such judges would have to decline this Case forthwith, or instantly, upon receiving it, and thus, for brevity of time and to preserve integrity in procedures, this Case, for this and other reasons shown, is to be considered as having been brought to this Tribunal court for Lack of Subject Matter Jurisdiction and, separately, STANDING as a proven court of Constitution[al] Construction, of the court alleged to exist below this said Tribunal Court.

**[17].** While the Clause 18 Test has not been made available to this United States First Tribunal Court, as has not the Habeas Corpus Test, the Clause 9 or Tribunal Courts Test, the Article III, Section 2, Clause 3 Test, the Clause 15 Test, the Clause 17 Test, the Territories Test, the Clause 14 Rules Test, and a number of other Tests which reveal, conclusively, the unlawful acts committed by one or more Illegally Operating Factions of the United States central government, such Tests are more than sufficient to prove plenary jurisdiction on the part of This Tribunal Court to be recognized as the Clause 9 Tribunal Court of Article I, Section 8 of the Constitution, none other Court *lawfully* existing under the supreme Court of the United States itself, other than the same said Tribunal Courts themselves.

**[18].** The Habeas Corpus Court Test, among the simplest of Tests that can be offered, with brevity, here, recognizes, first, that there was no existence of a Judiciary Act of 1789,

wherein the alleged U.S. district courts of one (1) judge was first established – in violation of the Clause 18 Test, on the date of September 17, 1787, the date that the proposed Constitution was first ratified – in its Final Written Form, nor within the subsequent 1888 year thereafter, or for the greater part of 1789 itself, in order for any of the language contained in the said Judiciary Act of 1789 to be applied to the Constitution, in all of its intended meanings, on that historic said September date.

[19]. While it is known in studies of law, in the study of the law of the Constitution, that while Article I, Section 10 goes to Article I, Section 8's stated, granted Powers therein, for the purpose of constraining a concurrent use of some of them on the part of the several States, Article I, Section 9 goes to Article I, Section 8's stated, granted Powers for the purpose of constraining certain uses on the part of some of them by the United States central government itself.

[20]. Though some Writs have been known to be issued administratively, Commonly, a Writ is an Order issued by some *existent* Court of Law to enforce some demand thereof, in order to secure remedy for relief for an injured party who necessarily must rely upon such court's honor, or Power, for his or her liberties, or property, or continued well being.

[21]. Upon the examination of one part of said Section 9, of Article I, we find the conditional requirement of a Writ, or Court Order, being an objective of the Clause itself, being Clause 2 thereof, which requires, by such Court's Order, that a human body of concern as to its whereabouts, be delivered before such Court for its own examination as to where and why it was at the place so ordered from at the time the Writ itself was called for.

[22]. This Writ, by Court, requiring human body to be delivered before it, is certainly the Writ of Habeas Corpus.

**[23].** The existence of the Clause 2, Section 9, Article I Writ of Habeas Corpus, being an Order of some particular Court that was to exist as the result of the September 17, 1787 ratification of the Constitution itself alone, Section 9 itself being directed at Section 8 of the same Article I, for both the greater understanding as well as the Constraint of particular Powers, 1 – 17, of Section 8 itself, required by that same date's necessity of recognition to The [Constitution] Law as agreed to on that occasion, go to one particular Power within Section 8, for which it was intended by the Constitution's Framers, properly defined by use of competent tools of law and practice.

**[24].** Applying the existence of the Writ of Habeas Corpus as a discerned modification of one of the Powers contained in Section 8 of Article I, we apply the legal connecting tool of In Pari Materia to such Clause 2, of Section 9, Article I, the Writ of Habeas Corpus therein, and find that the use of such legal connecting tool takes the Writ of Habeas Corpus to only one (1) express existence for a United States court, established within the few granted powers for the United States government, set forth in Section 8 in particular.

**[25].** There can be no doubt as to which United States Court that the sub-power for Writ of Habeas Corpus was designated to go to on September 17, 1787, for it could only have been to the One Court of the United States, "inferior to the supreme Court" itself (apply, inter alia, the legal connecting tool of In Pari Materia to Article III, Section 1's "inferior" courts also), that existed, visibly, as a type of Court for the United States, the same one that was solely discussed at all occasions for doing so in the Constitution's Planning Meetings commenced on May 14, 1787 and leading up to the September 17, 1787 date – the Clause 9 Tribunal Courts themselves, and none other.

**[26].** Clause 9 Tribunal Courts being the ONLY Court to Have Been the Recipient of the Court-Power of Writ of Habeas Corpus on September 17, 1787, the extension of that same Power to any other court was, unmistakenly, a fraud upon the Constitution itself, upon the intended National Tribunal Courts themselves, and upon the people and governments of each and all of the several States, that this Court-Power should have ever been extended to an alleged United States court that, failing the Clause 18 Test, along with other equally important Tests in the Constitution, was never meant to, in keeping with the Constitution itself, exist.

**[27].** It should not be construed by this Tribunal Court that this Test alone is not at all the limit of information and knowledge that exists on this subject, rendering proof certain that the National Tribunal Courts themselves were to have been the only lawful courts of and for the United States central government, "inferior" to the United States supreme Court itself, all other prior arguments or claims to the contrary, not*with*standing.

**[28].** To insure that this Tribunal court be made aware, as a Sure Truth, of its True Role in the proposed central government for the United States, the following examination of the facts as to its alleged established existence under the Judiciary Act of 1789, at Section 3 thereof, is set forth for its own review and comprehensive understanding.

**[29].** Within the said Judiciary Act of 1789, we find at Section 3, the proposed Congress of that time passing into alleged law a provision to establish a "district" court of one judge only, irrespective of the fact that *neither* the Clause 18 Test *nor* the application of the words, "inferior Court" ['to the supreme Court"], found at Article III, Section 1, applied in pari materia to Clause 9 of Section 8, Article I, "Tribunals inferior to the supreme Court," supports the very existence of such a "district" court, THAT the Congress was not entitled or

at liberty by any Power, found either Before said Clause 18 or After said Clause 18, and therefore within the proposed Constitution itself Only, to merely *make up* any kind of category or name for lawful United States courts that it alone chose, unless such category and name chosen by said Congress was in some way conducive to a provision contained within the Constraining Power of the Clause 18 Test itself, as grounded in the straight analysis, Article I, Section 8, Clause 18, and not external to the said proposed Constitution at all.

**[30].** This would hold that, while the 1789 Congress was entitled, in pari materia, to establish some form and name of court under its Own Powers, its entitlement was not without limits by constraints put upon it, so that it might have an alleged Power to form such courts to be known as:

**[31].** Royal Courts; Monarchy Courts; Chancery Courts; Provincial Courts; State Courts, Empirical Courts, Dominion Courts, Borough Courts, Vatican Courts, Solomon Courts, Church of England Courts, Magistrate Courts, Society Courts, Patriot Courts, Patriarchs Courts, Matriarchs Courts, State Border Port Courts – for trying States for acts committed at their borders, Traveling Courts, Instant Courts, Temporary Courts, and more, none of these appearing at all within the proposed Constitution, as did and does appear the word "district" from which the alleged "district Court" was initially derived and established.

**[32].** Therefore, while the usage of the term "district" as a basis for a kind and name of court was, under the Clause 18 Test, and in pari materia, aforementioned, errant as to any Constitution[al] lawfulness, it was nevertheless not entirely improper as a usage, such term, at the least, appearing within the proposed Constitution and not entirely devoid or outside of it.

33]. Additionally, we find in years post 1789, the word "district" was again made to appear by Amendment, being an improper or errant usage for United States central government purposes at the Sixth Amendment (evidence can be supplied to this Tribunal on that matter, if requested to do so), and the Twenty Third Amendment's "The District," distinctly applicable to the District of Columbia, located particularly within the Territory of Washington itself.

[34]. As we look again at Section 4 of the Judiciary Act of 1789, we find that a court titled "circuit" court was proclaimed the establishment for, as though its existence, by such chosen name, was to be along some line of travel for those who might journey by some path or map to get to the same, for any particular purpose, initially being comprised of two justice of the supreme Court, which, over passage of time, came to be recognized as though a "court of appeals" as the exclusive function of such said court, although such absolute constraint does not appear within the said alleged Judiciary Act itself.

[35]. As aforestated, the said "district" court not being entirely devoid of some propriety as to its name, for a lawful usage purpose, we now being a search for the word by which the now existent "court of appeals" was made to be known by, that is, we search the proposed Constitution for the word "circuit," from its beginning to its end, and come up as failed altogether, erasing all doubt that the existence of such a court was not a part of the Congress' Power to establish, under any pretext of law, as a Court seen Evident as a part of ITS, Congress' Particular Powers, to which it, Congress, by the Power of the Negative as a contained part of the Clause 18 Test, was undeniably Constrained to, as known about on October 17, 1788, by Mr. Founder Madison himself.

[36]. Therefore, it being the case, that there exists an overwhelming compilation of evidence proving that a "district" court is altogether unlawful, ab initio, as a name or function for any proposed court for the proposed United States central government, we nevertheless do find that terms inclusion at Clause 17, of Section 8, Article I, as "such District," being "one District" where the word following "such" is limited, in grammatical form, to one District, in contrast to a usage of the term "such Districts," which would make the matter plural and not singular.

[37]. Deliberately invoking a flawed reasoning to coincide with the 1789 Congress' own flawed or else errant reasoning, we do find the word "District," regardless of its lacking form, present or existent within the proposed Constitution itself, upon which the 1789 Judiciary Act evidently established itself upon, we find, by exhaustive search, no such word as "Circuit," contained anywhere within the same proposed Constitution, upon which to predicate or justify the existence of a "circuit" court for any purpose at all.

[38]. Failing altogether in the confirmation of the existence of a "circuit" court at all, anywhere within the proposed Constitution, we realize and understand that the 1789 Congress erred greatly in its exaggerated creation of a court that it had no lawful, or Constitution[al] authority to create; by this discovery we discern that it was never the intent of the proposed Constitution's Framers that any such court exist, therefore its very existence, being thus found to be unlawful, must be shut down entirely, forthwith, indisputably, and without improper delay;

[39]. In favor of the alleged "district" court's somewhat existence, and its judges given leave to vacate, with continued Article III, Section 1 required Pay, their respective judicial

posts, unless lawfully located to another lawful court, if any, of and for the proposed United States central government;

[40]. MEANING that the "Circuit" Court of Appeals for the First "Circuit," NOT being a provided for Court of the proposed United States, MUST CEASE TO EXIST ALTOGETHER, IMMEDIATELY, along with the Errant [alleged] District Courts themselves;

[41]. OR, EXCEPT, it be determined BY this Tribunal court that it IS, in Legal and Lawful FACT, The One and Only Tribunal Court provided for at Clause 9, Section 8, Article I, and, as both a matter of Constitution[al] supreme Law and ongoing Practice, ALWAYS has been;

[42]. And That, These Facts Balanced Against the Errant Existence of a "district" court as NOT being provided for as a lawful Court, even for a proper or lawful usage within the "District of Columbia" itself, a national Tribunal Court being the ONLY lawful Court ever intended to exist below the proposed United States supreme Court itself, it is lawful that the errant Act of the Judiciary Act of 1789 be set aside by this Tribunal court on the pertinent part whereby it alleged to have created, as a proposed Constitution[al] authority, a district(s) court at all, ELSE as an alleged "circuit" court, it subject itself to the danger that it cease and desist its existence in favor of said "district" courts in its own place instead;

[43]. THAT THIS FOREGOING DISCERNED SURETY OF THE LAW OF THE [PROPOSED] CONSTITUTION, BEING BINDING UPON THIS TRIBUNAL COURT, BOTH AS TO ITS INITIAL IMPANELMENT OF THREE (3) JUDGES THEREOF, OR AS TO AN IMPANELMENT EN BANC, IS LIKEWISE EXTENDED TO AND MADE APPLICABLE TO EACH AND EVER INITIAL TRIBUNAL IMPANELMENT AND POTENTIAL IMPANELMENT EN BANC AVAILABLE, OR WHICH MAY BE MADE

AVAILABLE, TO THE ENTIRETY OF JUDGES EMPLOYED BY THE FIRST TRIBUNAL COURT OF THE PROPOSED UNITED STATES, THE CLAIM FOR ANY "CIRCUIT" COURT AS A CONSTITUTIONAL EXISTENCE, DENIED.

[44]. **The Hour of the Time is At Hand**, that This Tribunal Court decide (Inferior **tribunals** are ("*essential* to render the authority of the Natl. Legislature effectual") as to which of the two sets of courts shall survive and continue to do business, the alleged "district" courts, whose existence received no mention at all during the Constitution Planning Meetings held from May 14, 1787 to September 17, 1787, and whose existence violates the very meaning of the term "Tribunal," the ONLY court of Actual Character Description found, either Before or After aforesaid Clause 18, as to the Clause 18 Test, or that the Tribunal Courts themselves alone, and none other, continue to survive and do business as the lawful courts they were truthfully and lawfully intended to be, by the proposed Constitution's Framers, as proposed September 17, 1787, and not otherwise, by those Same.

[45]. This Tribunal Court, operating as a Tribunal (panel of 3 justices, or more if en banc) as it traditionally and standardly does, has plenary jurisdiction over this Title 42, U.S.C., Section 1983 case; it would be a Conflict of Interest for any other court to engage it. This Tribunal Court's jurisdiction, being thus full and authoritative for the causes set forth above, is proven plenary until or unless it is not, and is duly empowered now to move forward, that this Case might be moved forward also, that justice might prevail, and be the just right also of all parties pertaining hereto.

[46]. Plaintiff, while having at a time had abode and residency in the proposed State of Massachusetts, is a Citizen of Florida. Florida, as with Massachusetts, has been alleged as being a proper State of the United States, holding certain powers of sovereignty, unique and

concurrent with the United States central government. Plaintiff has lived, and still does live, as a resident of, and being domiciled in, [the State of] Florida, to the greater degree, since the time in which the subject matter of this particular Case first arose, and not elsewhere.

**[47].** In the due course of studies made by Plaintiff in his pursuance of law and the studies thereof, said Plaintiff has risen to the level of, and is, Fact Finder. Consequently, as Fact Finder involved in certain discovery relative to the case referred to above as the incorporated case, said Fact Finder discovered the greater evidence of fraud and violation of civil and Constitution[al] rights being committed against himself. Fact Finder, concerned with the greater evidences of fraud, Jurisdiction Fraud, other Frauds, and Constitution[al] rights violations committed by Defendants against Plaintiff, has initiated this action to bring a United States judicial intervening process against a United States judiciary and alleged judicial procedure and its subsequent and consequential actor(s), and not firstly but ultimately against the said United States central government itself, where a remedy too late will constitute a damage and suffrage from which no adequate remedy at law may be found, where a failure of equal protection under the law becomes a central issue.

**[48].** Subsequently, this federal lawsuit filed against the above said Defendants for fraud, Jurisdiction Fraud in the Factum, and Jurisdiction Fraud as Acts, Power Fraud in the Factum, and Power Fraud as Acts, and Acts of Misprision of Treason, which go to Treason, Covered Up or Denied Under Color of Law, Under Color of Authority, and under Color of Power, resulting in heinous Acts of Theft By Deception, Acts committed under Color of Darkness, and in certain Other heinous Acts, in gross violation of Plaintiff's Constitution[al] Rights, done against the same by Acts done not only under Color of Law and Color of Authority, but as Abuse of Process, Misuse of Process, Abuse of Discretion, having a Lack Of Standing in certain aspects of this matter, now brought before the United States First Tribunal Court,

historically misrepresented as a circuit court of appeals, with the facts and law hereinafter disclosing the truth upon this matter, and stipulates that Plaintiff's Constitution[al] Rights denial for actions involving an indulgence in a failure to grant Constitution-Statutory and subsequent judicial due process and equal protection under the law, in further violation of the First Amendment, the Fifth Amendment, the Thirteenth Amendment and the Fourteenth Amendment, and in additional violation of Article IV, Section 3, Clause 1 and Article I, Section 10, Clause 3 of the Constitution, all, also, being violated under color of law and under color of authority, and under law by color of Power Fraud and Jurisdiction Fraud, accordingly.

[49]. Consequential to the foregoing, inasmuch as the several and serious offenses hereby complained of is the result of (a) the United States central government, within all three branches thereof, engaging in acts arising under Color of Law, Color of Authority, and Color of Power, and the errant United States central government's judicial process arising thereunder, being likewise a matter arising errantly under color of law and practice ("custom"), in pursuance of a secure remedy for equal protection under the law, (b) Plaintiff, as a directly injured party or person within the meaning of all necessary and applicable law, and in particular within that Extended Power that exists for the United States judiciary itself at Article III, Section 2, Clause 1, Phrase 1, brings this case forward for the merits and causes of action as set forth herein.

[50]. Proper Jurisdiction for this Case, on Direct Appeal from a National Tribunal Court, the same being correctly discerned and applied as being, in this Case, the United States First Tribunal Court, the claim for a United States Circuit Court of Appeals being the result of Power Fraud, Jurisdiction Fraud, and a violation of the Clause 18 Test, lies directly within the Authority Extended to the United States supreme Court at Article III, Section 2, Clause 2,

Phrase 2, which strict and narrow procedure must, itself, be tied to those Seven (7) net, particular and limited, Extended Powers found in said Clause 1, denying all alleged Extended Powers that are Not Found as being alleged Extended Powers ***existing in an unprovable Negative***, at Article III, Section 2, Clause 1, directly above the same, requiring Appeal, not Certiorari, a Right denied Plaintiff if using particularly Title 42, U.S. Code, Section 1983, and therefore Necessitating that Plaintiff use and rely upon, instead, the Pre-1866 litigation process used by attorneys, lawyers, and other litigants, before that 1866 time.

**[51].** This case has Arisen as a matter of the Defendant(s) having relied upon Constitution[ally] violative and fraudulent actions effectuated by the passage of certain laws by the Congress of the United States, whether or not ratified by the President thereof, ultimately relied upon and utilized, unlawfully, by the United States judiciary itself, which yields and has yielded forth as its illegal legal effect a condition that violates, when applicably relied upon, citizens of the Several States, Plaintiff being of the Proposed or Alleged State of Florida, being, routinely damaged in his (as well as their) Constitution[al] rights. While Plaintiff has No Standing to civilly prosecute for the Constitution[al] Rights of Others, it is the exigent fact that he has the Right to prosecute for them, Rights, for himself, and those for whom he has a significant interest in, such as that of his significant other, and where his own litigation acts, embodied in this, simultaneously, a Qui Tam Action on behalf of [the State of] Florida and on behalf of [the State of] Massachusetts, may incidentally benefit "others," so be it.

**[52].** Due to exigent concerns involving an appearance of the intent of the United States central government's de facto judiciary, appearing before Plaintiff as an alleged U.S. "district" court, to proceed irrespective of Plaintiff's Constitution[al] rights, and there being an unusual complexity, overall, being found to exist in this case, Plaintiff petitions this true

and lawful Tribunal Court's indulgence, such Tribunal Court being more correctly named and defined as the United States First Tribunal, located on property owned by the United States itself, located near Boston, Massachusetts, as Plaintiff unveils his case in chief before this same Tribunal Court.

**[53].** Plaintiff, being an Insider [Citizen] of the United States [Article I, Section 2, Clause 1], is at the time of this filing appearing before this United States First Tribunal Court without the assistance of an attorney at bar. Plaintiff has not the knowledge of an attorney at bar, however in the interest of justice, believes his Case bears review and consideration by the Court, for redress of grievance and remedy of a Citizen of the United States and of the Alleged [State] of Florida, which the above named Plaintiff is the same.

**[54].** Plaintiff therefore respectfully petitions this First Tribunal Court to Take Judicial Notice of the matters contained herein, inclusive in particular the several documents described as "**The Exhibit,**" in which there are also contained, certain Exhibits relevant or pertaining thereto, inasmuch as this written document may represent a substantial portion of Plaintiff's initial Case, and Plaintiff may not otherwise efficiently present his Case, competently - verbally, before this Tribunal Court to the degree that Justice would otherwise demand and call for; the arguments and facts and presentments of charges or complaint made herein must therefore be taken into full account during the Trial of the Defendants hereto as though the Plaintiff had spoken the same verbally therein, otherwise the purpose for submitting a written Complaint becomes moot and frivolous, and may represent or work a further fraud, in addition to those already worked, upon the Plaintiff and Plaintiff's civil and Constitution[al] Rights.

[55]. Inasmuch as applicable United States statutes are periodically revised and renumbered on at least an annually frequent basis, Plaintiff hereby reserves the Right to re-submit all Renumbered Statutes, if any, as a matter of clerical error. Furthermore, Plaintiff hereby reserves the Right to Amend this Complaint under Rule 15, FRCP, and reserves the right to amend this Verified Extraordinary Complaint For Extraordinary Remedy within the prescribed initial 20 day period from the date of initial serving of summon and complaint as provided for by law, **which Amended Complaint**, EXCEPT **this Complaint's stage be given Exigent Consideration, will be filed as an open and newly Amended, Publicly Accessible, Complaint within 10 Days from the date the same shall be filed, and not the 20 days allowed for by the said Rule.**

[56]. This case may by right rely upon such witnesses as that have knowledge and/or direct experience in the area of law from which failure of equal protection under the law has arisen involving the Defendants' fraud upon Plaintiff, to be called before the court to testify of such law and the facts and practices in law which affect its just adjudication.

[57]. Inasmuch as this action involves consideration in excess of twenty dollars, being in the amount of $700,000. dollars, and inasmuch as there are federal issues involving Constitution[al] violations for which Plaintiff is now seeking redress by suit under proper title and cause of action, this Action is hereby requested and directed by Plaintiff to be held as a National Tribunal Court in its own Session for Trial of National Law, not as De Novo as has been, heretofore, its ordinary practice, or custom, to do, and in the event that the same may find some United States court other than itself as having a useful jurisdiction over the above incorporated alleged district case, then to direct, except it first provide an inescapable evidence certifying the truth of **The Exhibit's** Lack of Standing matter otherwise, then require that there be a Trial ***By*** Jury; as an Assize, not a Trial *with* Jury, as any such court has

heretofore otherwise, *errantly*, been prone to do, following all established Rules, established within or by **The Exhibit** in the doing so.

**THESE ASPECTS NOW DULY PRESENTED BEFORE THE TRUE UNITED STATES FIRST TRIBUNAL COURT, THE PLAINTIFF, HAVING GOOD CAUSE TO BRING THIS ACTION BEFORE THIS TRUE AND CORRECT COURT AT THIS TIME, AND ACTING IN GOOD FAITH AND BELIEF, NOW HEREBY CONTINUES THIS COMPLAINT WITH GRIEVANCE, AND CHARGE THEREFORE AS FOLLOWS:**

**[58].** On October 31, 2001, Plaintiff was Collaterally Attacked in his particular place of domicile, residence, in a location precisely, legally described as:

801 West Bay Drive suite 401
Largo, Florida

**JUST**

CUT >
AND
PASTE >

**Legal Address.** Starting from NE Corner SE 1/4 Run W 61 ft, thence S 80.72 ft for Point of Beginning, thence Cont S 720 ft(s), thence W 238 ft(s), thence N 76.5ft, thence Ne'ly alg arc of cve to rt 29.91 ft, thence E 10 ft, thence N 661 ft to S R/W LN of West Bay Dr, thence E 160 ft(s), thence S59DE 30.16 ft, thence S41DE 5.18 ft, thence S48DW 5.37 ft, thence S51DE 21.51 ft. to Point of Beginning Cont 3.78AC (C), Pinellas County, Florida; —Not owned or possessed by the United States of America; —Not a post Road; —Not on a post Road; —Not in a U.S. district

**[59].** Since that time, Plaintiff has relocated to the precise legal location, to which Legal Address this Court may direct its own communications, as has been provided for below, inclusive of Plaintiff's popular address, below which is contained Plaintiff's Legal Address.

Steven D. Mueffelman
2277 Chianti Place condo # 38
Palm Harbor, Florida, 34683

**JUST**

CUT >
AND
PASTE >

**LEGAL ADDRESS: BEGINNING at "Old Post Road" (a private road) owned by Innisbrook, which takes off of "U.S. 19," a Pinellas County owned Road, directed to, in specific, Section 30, Township 27 South, Range 16 east, Chianti Place Condominiums therein, as a matter of Pinellas County Record, in Pinellas County, Florida, being also unit # 2277 of said Chianti Place, and Not elsewhere; —Not owned or possessed by the United States of America; —Not a post Road; —Not on a post Road; —Not in a U.S. district.**

NOTICE: Do not mind the small letters size that you see. If the above Legal Address is On the envelope, responding demandant WILL accept, open, and read it. Just cut out and paste the above Legal Address below the popular address above it, and it will be gladly accepted by responding demandant. No need to waste gasoline and time by not using the U.S. mail, or postal service.

NOTE TO THE COURT. In the event that the Tribunal Court elects to not provide communications to Plaintiff providing confirmation as to where Plaintiff is legally not, and where Plaintiff legally is, it may provide its notices and decisions to Plaintiff by way of filing the same within the court's records, to be docketed by the Clerk of the Court, conveying the duty to determine the status of the Case directly to Plaintiff to petition said Clerk of copies of the latest documents filed therein, if any, which duty will lie to be sustained for Plaintiff's procedural benefit in any docketed filing filed therein by the Tribunal court itself.

**[60].** And other places of legal existence similar thereto, and upon the access-way, street, or roadway, known, upon the books of the Public Recorder's Office of Pinellas County, Florida, as "U.S. 19," a pathway of both the Organic [State of] Florida as well as a Legal Possession of said Florida, and Not a Possession of or for the United States central government itself.

**[61].** Plaintiff made no contract, even a clandestine or otherwise hidden or unknown contract, with the United States central government, regarding his obligations, either as a private person, or as a minister of established religion (which kind of contract the United States may not actually do in any regard) which would grant the United States central government any Jurisdictional Authority over him and his private person at any such location, as though he lived in any place belonging to the United States central government, except there has been Article III, Section 2, Clause 3 AND Judiciary Act of 1789 / Title 28, U.S. Code, Sections 81 – 131 Jurisdiction Fraud, by Collateral Attack, done on behalf of certain Factions (or if Factions are denied, then by the United States central government itself, all of its actors and officials thereof, barring none), and further Jurisdiction and Standing Fraud by alleged law enforcements of the United States central government in violation of the Clause 15 Test, the same being the Ulterior Motive for the mass murders committed in Oklahoma City, Oklahoma, on April 19, 1995, wherein many children and infants, along with adults, were massacred, not by the apparent defendant in the case, but by Illegal Operating Factions of the United States central government itself.

**[62].** Plaintiff is currently proceeding to resolve the complexity of the dilemma as to the true, correct, and final determination of where the same actually resides and has abode and domicile, and where the same does not actually reside and have abode and domicile, and how that dilemma is to be seen through the lens of the following three cases, which would deny the United States either Jurisdiction or Standing in the numbered cases, before the charged as de facto United States [Alleged] District Court For The [Alleged] District Of Massachusetts, as to whether or not the said Case should be dismissed altogether, or whether if to be Tried, it should be Tried by Rule Nisi as is to be recognized by the evidence demanding a Rule Nisi Application Standard to be enforced hereafter, as contained in The Exhibit, accompanying this litigation action before this United States (Clause 9) Tribunal Court, henceforth and ever after.

**[63].** It is to be understood by this Tribunal that Plaintiff's entering this Action as a Necessarily Instant Interlocutory Appeal should in no wise be construed as a proposed admission that the Defendant United States [Alleged] District Court For The [Alleged] District Of Massachusetts constitutes a proper court for an original jurisdiction case such as this Case now sues for, but strictly as an answer to currently recognized procedure and protocol, in order to avoid a lengthy, time-consuming process that would constitute a further damage against Plaintiff in the event Plaintiff's Case should prove to be true and correct in this Extraordinary Writ For Extraordinary Remedy as stated, while providing this Tribunal Court with the greatest advantage in brevity in the event that the facts in the Case, each and all of the same, are indeed answerable by this said Tribunal Court as it is believed that it has both the Constitution[al] Power and Judicial Ability to do.

**[64].** This faith that Plaintiff has in this Tribunal Court as being the correct Court for this occasion, relies in part upon the words stated by Mr. Founder GHORUM, on the date of July

18, 1787, in the official Constitution Planning Meetings commenced on May 14, 1787 and ending on September 17, 1787, wherein Mr. Founder GHORUM stated precisely as to one of the primary purposes of the one Tribunal Court form frequently discussed by Founders, in general, themselves, during those said Constitution Planning Meetings, to wit, that:

> Inferior **tribunals** are *essential* to render the authority of the Natl. Legislature effectual." (emphasis added)

**[65].** This United States First Tribunal Court is to take Note of the fact that it was not to an alleged district court, never argued for or proposed during any of the Constitution's planning meetings themselves, that the Constitution's Framers were directing the Power to render the authority of the National Legislature itself as "effectual," but to National Tribunal Courts ONLY; One-Judge district courts are hardly adequate for this purpose, and by all of the evidences that can be discovered on the subject, were never intended by the Founders to exist in any capacity at all.

**[66].** This Action exists, as a matter of exigent necessity, as both a Title 42, U.S.C., Section 1983 action for unConstitutionality on the part of the United States under color of law, and an Extraordinary Writ for Extraordinary Remedy (or Remedies) under Chapter 5, Rule 21 of the Federal Rules of ~~Appellate~~ Procedure, interlocking the two legally together into one cause of action accordingly.

**[67].** This action, coming for preliminary purposes only, under said Rule 21, Section (c) of the said Federal Rules of — Procedure, is limited as to the Application form of the writ only and not to the corresponding strict procedures as with other writs referenced in the said Rule; pleading by Extraordinary Writ is proper for purposes of plenary jurisdiction of this Tribunal court, to wit; there is no plain remedy in sight. This verified complaint and extraordinary writ exists, *in pari materia*, in interlocking combination together (as may be referred to

herein as, "Extraordinary Complaint"), as procedurally construed in the foregoing reference to the same, as a Case of First Impression; no stare decisis has been established to control or predetermine this proceeding in Constitution[al] law being initiated for the first time.

**[68].** This Case, as a Qui Tam Action Prosecution, is necessarily of extraordinary size in its pleadings volume or content, for the benefit of the governments of the several States, one or all of them, inclusive of [the State of] Massachusetts, in the event that they, States, should elect or determine to bring their, States,' own claims or charges against the United States for the exceeding number of frauds and other infamous acts committed against them, States, as exposed again and again in this Case, for the entirety of this nation's people to be made aware of, on a Case of First Impression basis.

**[69].** This writ comprehends and incorporates the facts that follow as provided in this action, relative to the question of plenary jurisdiction of this Tribunal court, or "is this the right court," but does not consist of the full argument establishing this Tribunal court's plenary jurisdiction in this matter here at this juncture. Such matter for plenary jurisdiction is stated at a later point shortly further in this special writ and Extraordinary Complaint, seeking an extraordinary remedy or remedies, for cause.

**[70].** It is understood, that when two or more parties are in a natural dispute which becomes a legal dispute, it is common to turn to the courts, able to competently resolve such dispute for resolution, or that is, to appeal to the greater judgment of that court concerning the dispute that is between them. This fact, in fact, makes of all courts a form of appeals court. Upon that basis, the claim for this Tribunal court as being an "appeals court" for this instant case is submitted to based upon the legal theory that there exists a dispute between the party designated herein as Plaintiff and Petitioner and the entire assembly of judges and

magistrates empowered by the Congress of the charged as de facto district court as though for [the State of] Massachusetts, and the United States as defendant along with the other defendants named, and et al. Accordingly, this Tribunal court's power and authority stands at a minimum as a court competent to resolve the dispute of subject matter jurisdiction between the said party submitting this Extraordinary Complaint and the defendant *charged as - de facto* district court, an illegal fiction – equivalent in liability for prosecution as though a de facto corporation where wrong has been construed by its very existence, inclusive of its accumulative or entire judiciary therein – being brought forward as a dispute under or against the following case number(s) existent within that said alleged court: United States [Alleged] District Court For The [Alleged] District Of Massachusetts, being:

Arising On or Before 10/31/01: # 1:01-cr-10387-NG-1
Arising On and After **02/16/07**: # ________________

**[71].** The fact that a particular practice of law (or custom), or even a judicial practice itself, has been gotten away with by a government, even the central government of the United States itself, for a number of years, and even though constituting a wrongful practice in its doing so, can still be upheld as prosecutable even when discovered to be wrong, Flies in the face of the judicial civil rights actions taken by the federal district courts themselves, whether or not as de facto, against such laws where black people in Montgomery, Alabama, Chicago, Illinois, and other cities of other states were made to "ride at the back of the bus," and were forced to endure and suffer separate, third-substandard-person, bathroom facilities harms in public commercial establishments. NO LESS THAT THIS RIGHT ON THE PART OF PLAINTIFF EXISTS IN THIS CASE. To Hold Otherwise Would Be To SLAP DOWN The Long Credited Acts By The Historically Legendary Dr. Martin Luther King himself, Along With The Acts By Other Community Leaders of and in Governments, whether Black, White,

or of any Other Color, Denomination, Creed, or Nationality, and to Impugn Them, In Both Their Consciences and Their Rights, Secured, NOT To BE Any Longer Denied, Else Justice Be Turned Into Injustice, To BE Turned Into Justice, Again, By The Will of the People Themselves.

**[72].** Any further acts by **The** United States [Alleged] District Court For The [Alleged] District Of Massachusetts will additionally endanger and damage the rights of Plaintiff in, not only his private existence as a citizen, or having domicile, in Palm Harbor, Pinellas County, Florida itself alone, but will irreparably violate Plaintiff's Constitution[al] Rights accorded the same under the proposed Constitution for the proposed United States, secured by the Founders First Framing the Same, that, based upon the Clause 18 TEST, the Article III, Section 2, Clause 3 TEST, the Clause 15 TEST, the Clause 17 TEST, the Extended Powers TEST, the Article IV, Section 4 Great Portal TEST, and the Article IV, Section 3, Clause 1 – States Standing TEST, not excluding the September 17, 1787 Convention's 2nd Session – Resolution TEST;

**[73].** That the proposed United States central government commence its Great Exodus, now Exigently called for, and that it deny and demean its ability to at-all exist, and to so exist, in the very face and life of Plaintiff altogether, as the same lives, resides, and has abode or domicile, in any State of the Several States of the proposed United States;

**[74].** Except it be at the State owned border ports as was provided for, for the United States central government, any of its applicable departments in their pursuit to "regulate" – (cause to be [numerically inanimate] regular, as by fees charged —— NOT: . ."to decide"; — "to judge"; —"to censor"; —"to qualify"; – — "to purge from unrighteousness"; —"to execute justice"; —"to discern between products of fact and products of faith," —— "commerce" and not "trade" (see Constitution's *Planning* Meeting, June 15, 1787 – New Jersey

Proposition at 2 – "***the regulation of trade and commerce***," "**trade**" **not included**, therefore excluded by tacit denial, thereafter in proposed Constitution, and therefore denied all Constitution[al] authority for the United States central government) . . . (see also To Regulate EXHIBIT – attached hereto), solely at Clause 6 of Section 9, Article I, the "Vessel" not defined as to its origin, and not subject to command or order inside of the State's borders, or Intrastate Commerce, to go anywhere in particular, especially across the State's border line, as though to give the United States central government ANY authority at all over the same);

**[75].** Such Evidence of Facts as proposed exists shall be, and is, a Preserved Right of the Plaintiff, to be introduced hereafter, to show and prove such Facts as being Acts in Unlawfulness and Villainy, which have been at the root and cause of the cause of this Case having to be brought before this United States Tribunal Court at all to begin with, which shall constitute and represent Exculpatory Evidence on the Part of Plaintiff, not capable of being submitted to an unlawfully constructed and existing United States court whose purpose for existence is Jurisdiction Fraud, Power Fraud, and to deny proper right for the Power of Guarding – Against Injustice, as The Exhibit so establishes, In The Light, for All Those Willing, To See.

**[76].** Due to the published intents and actions by the de facto United States district court, alleged as for a district of Massachusetts, Plaintiff has no small, exigent necessity to bring this Case forward, using all correct, lawful, and true procedures for doing so, until it shall be determined by ALL affected parties, being also as Real Parties In Interest, in this Case, that that information and evidence as is contained in The Exhibit is without Merit, and that the United States central government is simply to be permitted to continue to move forward, as it

heretofore ordinarily has, without judicial or else State intervention, for the same just cause issues as Plaintiff has raised, as an Arising Case, herein.

**[77].** Neither the United States central government nor any of its actors, acting thereunder under color of law, jurisdiction, or power, in violation of the Constitution, the herein above ascribed parts thereof, has the right to impair even one part of the rights of the private life, or the public life, of Steven D. Mueffelman, except it be frauds Committed by those same actors, for which Prosecution, Qui Tam Action, is now sought against.

**[78].** As per the unlawful Act passed by the 1944 Congress, resulting in the *Treasonous* Act empowered on the date of January 1, 1945, while this Nation was still at war – and *distracted*, Encoded into alleged United States law as Title 28, U.S. Code, Sections 81 through 131, the practice of certain acts by particular United States agencies, whether or not by performance, the offense of Federal Barratry, acting also in combination with the potential for Star Chamber Trials being committed in any instance, under color of law, authority, and power, all of them, in the fain claim of honor, but rather in dishonor instead. Plaintiff has the Right to deny the existence of any prospective Star Chamber Trial where the same involves the self, in any instance where the same might be potential to exist, when the Constitution's Framers provided a remedy within the Constitution itself to prevent the same, as is Evidenced, Substantially, to an Undeniable, Inescapable, Degree, in The Exhibit.

**[79].** A citizen of the proposed United States and of any of the several State, whether or not de jure, would have the Constitution[al] Right NOT to be exposed, *to the least degree*, to the conditions of a Star Chamber Trial, and has the undisputed Right to seek any act for judicial injunction against the same from continuing as possible, where a procedure was already established in the proposed Constitution for the United States, either and all of them, from

the date it was first ratified, September 17, 1787, as The Exhibit provides evidence that such was the intended case, and not as the case may be now, no matter the time elapsed in question, for both Fraud and Lack of Standing have no Constitution[al] or Statutory time in which they may not be opposed, brought to an end, and justice, True Justice, Rendered – to the People for whom the Constitution itself was known to be established for.

**[80].** No order from or by the United States central government, through its lawful courts, or by its proposed laws exists which has mandated that Plaintiff reside or have domicile in a place other than that of Pinellas County, Florida, in order that the United States central government be able to effectuate and extend its Powers upon and over the same, in order that the same United States central government's own Congress be able, by unlawful empowerment, to pass such laws as it might please to do, with the [legal]-/-[illegal] effect being that a person, such as Plaintiff, would be prosecutable for a criminal action, beaten by sheer weight of financial power, organizational power, and unlawful litigation or judiciary power, taking in the same, unlawfully, as "Prisoners of the United States central government," ***as with any other prisoners of a war***, as in a Collateral Attack **War**, for the purpose of Illegal Takeover of the several governments of the several States, de jure or non-de jure, and the people thereof, by the illegally contrived Title 28, U.S. Code, commencing at the first part of Chapter 5 thereof, of Sections 81 through 131, as joined to the acts for alleged U.S. districts created under the color of law within the Judiciary Act of 1789, and other similar Judiciary Acts subsequent thereto, transforming such de facto United States district courts in to "legal" weapons of war, capable of defending the United States central government, the illegally operating Factions thereof, of which a number of federal actors have become unwitting participants thereto, from all litigation attackers, and for supporting attacks committed on behalf of the same, against the people and their States' governments themselves, all in the name of color, or the pretext, of law, jurisdiction, and power.

**[81].** Recognizing Further, that Plaintiff had and has the inherent right, except a proceeding in law should deny him this right otherwise, which to date has not existed or been established, to live, reside or have domicile exclusively, in Palm Harbor, Pinellas County, Florida, solely at a precise and designated spot or location therein, and not elsewhere, as to where he, the same Plaintiff, actually, physically, legally, and lawfully, is, and where any claim to the contrary IS, and Always Has Been, Minimally Jurisdiction Fraud, going also to Power Fraud, Malversation - or Official Corruption, and Embracing, STRONGLY, the elements of Misprision of Treason, going to Treason – as defined particularly as the waging or levying War (which may be overtly, or covertly as with a "Collateral Attack") against "them," referring Exactly to the several States themselves.

**[82].** Whether or not it shall be determined, at any time, that all of such several States, are found to not be de jure States of the United States, is and shall be irrelevant; the fact that the United States central government illegally operating Factions **BELiEVED** the same to be so (as United States cases have themselves revealed to be the case as to *belief*, even though wrong, makes the actors accountable), makes the same accountable before the several States themselves, of which Massachusetts is proposed to be, *at the moment*, . . . one of them.

**[83].** This United States Tribunal Court has both plenary jurisdiction and venue necessary in this matter, except either [the State of] Massachusetts or [the State of] Florida, or the both of them, shall elect to bring its/their own case more directly, which shall include that added Plaintiff as well, and the right to pursue all actions necessary to protect Plaintiff's, Constitution[al] Rights which would otherwise be violated by the exigent and unconstitutional conditions raised before this Tribunal Court by Plaintiff in the case now before it.

**[84].** Plaintiff is currently moving ahead to correct a too long unlawfully existent judicial system, being practiced (as a matter of custom) by the United States [Alleged] District Court For The [Alleged] District Of Massachusetts, to enjoin the same from continuing, by requiring that it cease and desist, forthwith, or immediately at the latest, from engaging in such acts as are contained in The Exhibit, or else require that the defendant Congress of the United States resolve, by its own power to do so, that the United States central government post a bond of not less than seven billion five-hundred million dollars ($7,500,000,000.), to be held in escrow on behalf of [the State of] Massachusetts and/or [the State of] Florida [each], in the event that it shall be found, at the conclusion of Trial by this proper, true, and lawful Tribunal court, that the charges made by Plaintiff are true and correct, and demanded to be upheld by this national Tribunal Court as the same is required, by its own Oath, to demean itself to, pursuant to Article VI, Clause 3 of the Constitution for the United States itself, and not less than that same.

**[85].** Plaintiff has brought this case forward in good faith, and believes that the same has provided a claim upon which relief through remedy can be granted, and has done so as of the date below written.

WHEREFORE, Plaintiff Petitions and requests that the honorable, proposed United States central government's First Tribunal Court:

**1.** Issue an order for an immediate stay of proceedings for the United States Bureau of Prisons, directed to Director Harley G. Lappin thereof, and to all other departmental officials thereunder subsequent to his authority, to cease and desist any further actions to be done in Steven D. Mueffelman's case, case number 1:01-cr-10387-NG-1.

2. Grant an immediate stay of proceedings to the United States [Alleged] District Court For The [Alleged] District Of Massachusetts in case number 1:01-cr-10387-NG-1, pending the outcome of the newly required trial, so required due to the existence of evident and irrevocable grounds for mistrial, that such said judicial proceedings be directed to be held in abeyance until these matters involving issues of interlocutory importance be first resolved, or in the alternative – this Tribunal court being the true and proper Court of the proposed United States, inferior to the United States supreme Court but above all other proposed United States court – not Tribunals, if any, – enjoin and prohibit the aforementioned court and grant a permanent stay of proceedings as that this Tribunal court's judgment be found to be, and that it be so held to be, that this case, case number 1:01-cr-10387-NG-1 should not ever have been brought by the Department of Justice prosecutors against the plaintiff in the first instance.

3. Restore to Plaintiff the legal and true Constitution[al] Rights, if it should be determined by the Court that there were such legal and true Constitution[al] Rights unduly taken away, that he, Plaintiff, enjoyed prior to the acts committed against him by Defendants.

4. In the event that the ordering of a new Trial should be the decision of this Tribunal court, which Trial shall be found in favor of the Plaintiff, Plaintiff seeks reasonable restitutional damages against all Defendants, equally, separately, and collectively for the following damages: of costs for forced relocation in order to protect exigent and fundamental rights for which there would be no adequate remedy at all, and for punitive damages for barratry in bringing into a court an action to disturb a lawful contract already in existence, in the amount of $700,000.

**5.** In the interim of these proceedings, Enjoin by United States central government Tribunal Court Order any United States officials or persons acting under color of law or in concert therewith against any further actions against Plaintiff *by prejudice* resulting from Plaintiff having had to file this Verified Complaint Action against the above named Defendants.

**6.** Recognize that, the evidence as to the precise and true meaning of Mr. Founder Madison's statement to Mr. Founder Jefferson having now surfaced and arisen, and continuing to arise to and before the knowledge of the people, being the Clause 18 TEST; the Legal Difference Between a Crime of Commission and a Crime of Omission TEST; the Legal Rights of a State at its Borders TEST; the Article III, Section 2, Clause 3 TEST (AKA the Separation of Criminal Jurisdiction Powers Between the Several States and the United States central government TEST); the Clause 15 TEST, the Extended Powers TEST; the "'post' Roads" TEST; that, as a matter of Extraordinary Remedy from this Extraordinary Complaint, this TRUE United States Tribunal Court find it within its duty and conscience to commence working to the setting free, or releasing, back to the jurisdiction of the State in which the same shall have been unlawfully taken, each prisoner who shall be found to have come under the proclaimed or understood Jurisdiction of this ~~circuit~~ Tribunal Court, whose crime alleged did occur in *any*/that State from which such prisoner was errantly, or without true jurisdiction, taken or removed, of the more two million (2,000,000) prisoners unlawfully, *and therefore illegally,* held (*vast majority of crimes alleged did not actually occur in any* ***true*** *place* ***owned*** *by the United States central government*) by the proposed United States central government, to be made the said State's own responsibility, not that any longer of the proposed United States central government, until all of such prisoners within the scope of this Tribunal Court's jurisdictional authority, being so errantly and wrongfully

held, shall have been released back to the respective, certain State from which the same was taken.

**7.** Upon the commencement of the release of the prisoners who were wrongfully, or Constitutionally errantly, brought within this Tribunal Court's jurisdiction and authority, stand by for the/each involved State's own authority to assess its damages from having to take back prisoners over which it will have no retrial authority (double jeopardy denying), and to order payment restitution, from the Treasury of the proposed United States, to such State as it submits its bill to the proposed United States as a part of this Qui Tam Action prosecution;

**8.** Exhibit a willingness to work with the States of Massachusetts and Florida who have been wrongfully damages by the Jurisdiction Frauds committed by the United States central governments illegally operating actors, by the unlawful acts committed in violation of The Clause 18 TEST, the Article III, Section 2, Clause 3 TEST, The Clause 15 TEST, the Article IV, Section 4 TEST, the "'post' Roads" TEST, and such other TESTS as may be discovered to apply to the unlawful acts of the United States central government in its propensity for the commission of numerous frauds and other wrongdoings, as such TESTS may show evidence and exposure for.

**9.** Continue to work with Plaintiff, as he shall submit, hereafter, other substantial proposals for Extra Extraordinary Remedy, as his time and ability for bringing forth the same permits, for the benefit of this proposed United States nation and the several hapless States thereof, as the same said submissions may avail themselves to be.

**10.** Move expediently as this Tribunal court's work load will appropriately permit, to order that Plaintiff be protected from continued reckless and abusive harm brought upon

Plaintiff by Defendants acts of Jurisdiction Fraud, Power Fraud, other Frauds, and Treason, as a result of Plaintiff having necessarily brought this action against the True Offending Party, the proposed United States nation's alleged Department of Justice, the same having exceeded, by far, its chartered authority, or for ultra vires.

**11.** Grant Plaintiff his real damages as set forth above, and to further, due to the costs of Plaintiff having been forced to take time off and learn and research the law and the facts in order to properly defend and protect his rights in Court, grant the Plaintiff his costs only for prosecuting this matter as may be found applicable as a matter of law or equity, *whichever shall be the most favorable to Plaintiff*, under the Lode Star Method Principle, providing Plaintiff equal cost, not in ratio, for prosecuting this case to that which the Defendants, shall spend in their own defense, accordingly.

DONE: On the 15 day of the month, February, A. D. 2007.

**VERIFICATION**

State of Florida )
: **SS**
County of Pinellas )

The Plaintiff, Steven D. Mueffelman, having read the foregoing Verified Extraordinary Complaint For Extraordinary Remedy, and understanding the contents thereof, and after being duly affirmed hereby, deposes and declares that the allegations contained therein he knows to be true of his own knowledge.

SUBSCRIBED and AFFIRMED on the 15 day of the month, February, 2007 A.D.

**UNDER PENALTY OF PERJURY**

Steven D. Mueffelman

Steven D. Mueffelman

**VERIFIED**: Appearing before me, a Notary Public, in and for the above [state] and county, was Steven D. Mueffelman, who declared that he had read the foregoing document, and declared that the foregoing is true and correct and certain to the best of his knowledge, and that he has voluntarily affixed his hand and seals herein above.

NOTARY PUBLIC STATE OF FLORIDA
J M MASWADI
MY COMMISSION # DD558864
EXPIRES: May 31, 2010
(407) 398-0153 Florida Notary Service.com

Jay Maswadi
2/15/2007

Notarial Seal in and for Pinellas County, Florida