# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:07-cv-10299-RCL
## Internal Use Only

MISC 07-425-DLM

Mueffelman v. United States District Court for the District of Massachusetts et al
Assigned to: Judge Reginald C. Lindsay
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/16/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Steven D. Mueffelman** represented by **Steven D. Mueffelman**
2277 Chianti Place
#38
Palm Harbor, FL 34683
727-938-8293
PRO SE

V.

**Defendant**

**United States District Court for the District of Massachusetts**
*All Judges and Magistrates*

**Defendant**

**United States Department Of Justice**

**Defendant**

**Jane Does**

**Defendant**

**John Doe**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2007 | 1 | COMPLAINT against United States District Court for the District of Massachusetts, United States Department Of Justice, Jane Does, John Doe , filed by Steven D. Mueffelman. (Attachments: # 1 Part 2# 2 Civil Cover Sheet)(Johnson, Jay) (Entered: 02/16/2007) |
| 02/16/2007 | | ELECTRONIC NOTICE of Case Assignment. Judge Reginald C. Lindsay assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander (Johnson, Jay) (Entered: 02/16/2007) |
| 02/20/2007 | | Filing fee: $ 350, receipt number 78324 for 1 Complaint (York, Steve) |

Case 1:07-mc-00042-S-DLM Document 1-3 Filed 05/15/2007 Page 2 of 2

| | | |
|---|---|---|
| | | (Entered: 02/20/2007) |
| 02/20/2007 | | Summons Issued as to United States District Court for the District of Massachusetts, United States Department Of Justice, Jane Does, John Doe, U.S. Attorney and U.S. Attorney General (York, Steve) (Entered: 02/20/2007) |
| 02/28/2007 | 2 | AMENDED COMPLAINT against United States District Court for the District of Massachusetts, United States Department Of Justice, Jane Does, John Doe , filed by Steven D. Mueffelman.(York, Steve) (Entered: 02/28/2007) |