**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Steven D. Mueffelman
Plaintiff
V.
United States District Court for the
District of Massachusetts, et al
Defendants

CIVIL ACTION
NO. 07-cv-10299-RCL

---

Steven D. Mueffelman
Petitioner
V.
United States District Court for the
District of Massachusetts, et al
Respondents

CIVIL ACTION
NO. 07-cv-10301-GAO

---

**ORDER**

As all of the judges in the District of Massachusetts are named as defendants/respondents in the above matters, they are, pursuant to Title 28 U.S.C. § 455(b)(5), recused from presiding in these cases. Accordingly, pursuant to Title 28 U.S.C. § 292(b), it is requested that Chief Judge Boudin designate and temporarily assign a judge from another district within the circuit to preside in these matters. As the recusal of all of the judges on this court gives rise to an "emergency," pursuant to 28 U.S.C. § 636(f), I concur in the temporary assignment of a magistrate judge from the transferee district to perform the duties specified in 28 U.S.C. §§ 636(a) - (c).

SO ORDERED.

May 3, 2007
Date

Mark L. Wolf
Mark L. Wolf
Chief Judge